IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>VICTOR MILLER AND TAREAH J. GRANT<br><br>                Defendant. | **8:18CR36**<br><br>ORDER |

      This matter is before the court on the Defendant Miller's Unopposed Motion to Continue Trial [33]. Counsels are involved in plea negotiations and need additional time to resolve this matter. For good cause shown,

      **IT IS ORDERED** that the Defendant Miller's Unopposed Motion to Continue Trial [33] is granted as follows:

      1. The jury trial, **as to both defendants,** now set for April 24, 2018, is continued to **June 12, 2018.**

      2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 12, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 13th day of April, 2018.

                                        BY THE COURT:

                                        s/Susan M. Bazis
                                        United States Magistrate Judge